JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| FRANCISCO SANCHEZ SANDOVAL, | ) No. 5:26-cv-02970-JDE |
| | ) |
| Petitioner, | ) JUDGMENT |
| | ) |
| v. | ) |
| | ) |
| WARDEN, et al., | ) |
| | ) |
| Respondents. | ) |

Pursuant to the Order Regarding Petition, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

(1)     The Petition is GRANTED, in part, with Respondents ORDERED to: (1) provide <u>Petitioner Francisco Sanchez Sandoval (A# 221 462 277)</u> an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) within seven (7) days of this Order, **with instructions that the immigration judge has jurisdiction under 8 U.S.C. § 1226(a) to consider bond and must provide a reasoned decision if bond is denied**; and (2) if no such

hearing is provided as set forth above within seven (7) days, Respondents shall release Petitioner from custody; and

(2)    The Petition is DENIED in all other respects.

Dated: June 10, 2026 _____

_____
JOHN D. EARLY
United States Magistrate Judge

2